# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT CORWIN,<br>   Plaintiff,<br> vs.<br><br>AMERPREET SAWHNEY, JASWINDER CHADHA, JAMES GARVEY, JEFFREY S. HEIER, RICHARD L. LINDSTOM, W. JAMES O'SHEA, BRUCE PEACOCK, CHARLES WARDEN, and ERIC ANKERUD,<br>   Defendants,<br> and<br><br>OCULAR THERAPEUTIX, INC., a Delaware Corporation,<br>   Nominal Defendant. | CASE NO.: 1:17-cv-11270-RGS |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

WHEREAS, Plaintiff commenced this action by filing a shareholder's derivative complaint dated July 11, 2017 (the "Complaint");

WHEREAS, the Complaint has not been served on the Defendants named therein;

WHEREAS, Plaintiff in this shareholder's derivative action wishes to coordinate his efforts, and proceed in a consolidated fashion, with plaintiff in a similar derivative suit pending in the Superior Court of Suffolk County of the

Commonwealth of Massachusetts, *Madera v. Sawhney, et al.,* No. 17-2273, filed on July 19, 2017, and intends to do so by filing an action in that Court subsequent to this dismissal; and

    WHEREAS, Plaintiff has not previously dismissed any state or federal court action based on or including the same claim against these Defendants. Defendants have not filed an answer or motion for summary judgment; and

    WHEREAS, there has been no private settlement of this action, nor has any consideration changed hands in exchange for this dismissal;

    NOW, THEREFORE, this action is voluntarily dismissed, without prejudice, against the Defendants.

Dated:  September 20, 2017

Respectfully submitted,

/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO# 649304)
Matorin Law Office, LLC
18 Grove Street, Suite 5
Wellesley, MA 02182
T: (781) 453-0100
mmatorin@matorinlaw.com

**Of Counsel:**
Laurence D. Paskowitz
**THE PASKOWITZ LAW FIRM P.C.**
208 East 51st Street, Suite 380
New York, New York 10022
212- 685-0969
212-685-2306 (fax)
lpaskowitz@pasklaw.com

Roy L. Jacobs

**ROY JACOBS & ASSOCIATES**
420 Lexington Avenue, Suite 2440
New York, NY 10170
212- 867-1156
212-504-8343 (Fax)
rjacobs@jacobsclasslaw.com

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on September 20, 2017.

/s/ Mitchell J. Matorin